IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE ORTEGA,                                                  1:10-cv-00061 SMS (PC)

       Plaintiff,                                            ORDER TO SUBMIT APPLICATION
                                                              TO PROCEED IN FORMA PAUPERIS
     vs.                                                    OR PAY FILING FEE WITHIN 45 DAYS

J. A. YATES, et al.,

       Defendants.
_____/

     Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

     Accordingly, IT IS HEREBY ORDERED that:

     Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause**.

     **Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

**Dated:   January 22, 2010**                    _____/s/ Sandra M. Snyder_____
                                                 UNITED STATES MAGISTRATE JUDGE